**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*

**John E. Hoffman, Jr.**
United States Bankruptcy Judge

**Dated: February 1, 2023**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **RANDI LEE TAYLOR** | ) | |
| | ) | **CASE NUMBER: 2:18-bk-51175** |
| Debtor, | ) | |
| | ) | **CHAPTER 13** |

### ORDER GRANTING MOTION FOR ADMISSION OF
### ATTORNEY JOSHUA R.I. COHEN *PRO HAC VICE*

The Court has reviewed the Debtor's motion for admission of attorney Joshua R.I. Cohen *pro hac vice* [Docket number 31]. Upon consideration of that motion, the Court grants attorney Joshua R.I. Cohen *pro hac vice* admission to this Court in regard to the above captioned case.

**SO ORDERED**

Service List: Default List